# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| NASIA SANCHEZ, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PANERA LLC, <br><br> Defendant. | Civil Action No. 4:24-cv-00847 |
| SAMANTHA BALDWIN and MATHEW BALDWIN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PANERA, LLC <br><br> Defendant. | Civil Action No. 4:24-cv-00848 |
| DAVID FORSTER, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PANERA, LLC <br><br> Defendant. | Civil Action No. 4:24-cv-00849 |

| | |
|---|---|
| MESSIAH J. WEDDLE, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>PANERA, LLC<br><br>　　　Defendant. | Civil Action No. 4:24-cv-00850 |
| ERIN MCKEON, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>PANERA, LLC<br><br>　　　Defendant. | Civil Action No. 4:24-cv-00857 |
| GRACELYN DONOVAN, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>PANERA, LLC<br><br>　　　Defendant. | Civil Action No. 4:24-cv-00864 |

## **ORDER CONSOLIDATING CASES**

Before the Court is Plaintiffs' Unopposed Motion for Consolidation (the "Motion") (ECF No. 4_). Upon consideration of the Motion, the Court having reviewed the pleadings filed by Plaintiffs Nasia Sanchez, Samantha Baldwin, Matthew Baldwin, David Forster, Messiah J.

Weddle, Erin McKeon, and Donovan (collectively, "Plaintiffs"), Fed. R. Civ. P. 42(a), and the Manual for Complex Litigation, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**.

**IT IS HEREBY ORDERED THAT:**

1. The following related cases are pending in this District:

    1. *Sanchez v. Panera, LLC*, No. 4:24-cv-00847 (the "*Sanchez* Action");
    2. *Baldwin v. Panera, LLC,* No. 4:24-cv-00848 (the "*Baldwin* Action");
    3. *Forster v. Panera, LLC*, No. 4:24-cv-00849 (the "*Forster* Action");
    4. *Weddle v. Panera, LLC*, No. 4:24-cv-00850 (the "*Weddle* Action");
    5. *McKeon v. Panera, LLC*, No. 4:24-cv-00857 (the "*McKeon* Action"); and
    6. *Donovan v. Panera, LLC*, No. 4:24-cv-00864 (the "*Donovan* Action") (collectively, the "Related Cases")

2. The Related Cases are consolidated (the "Consolidated Action") pursuant to Fed. R. Civ. P. 42(a).

3. To ensure consistent and efficient adjudications in this Court, the "Consolidated Action" will bear Master Case No. 4:24-cv-00847, the number assigned to the first-filed case and reflect the following caption:

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| IN RE: PANERA DATA SECURITY LITIGATION<br><br>This Document Relates To: | Master File No. 4:24-cv-00847 |

4. The case file for the Consolidated Action will be maintained under Master Case No. 4:24-cv-00847 (the "Lead Case"). When a pleading is intended to apply to all actions to which

this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, e.g., "4:24-cv-00847 (Sanchez)".

5. Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar alleged operative facts as the Consolidated Action shall be related to and consolidated with the Consolidated Action. Plaintiffs and Defendant shall file a Notice of Related Cases whenever a case that should be consolidated with the Consolidated Action is filed in, transferred to, or removed to this District.

6. If the Court determines that the case is related, the clerk shall:

    a. Place a copy of this Order in the separate file for such action;

    b. Serve on plaintiffs' counsel in the new case a copy of this Order;

    c. Direct that this Order be served upon defendant(s) in the new case; and

    d. Make an appropriate entry in the Lead Case's docket.

7. Any attorney who has filed an action in this litigation may file an application for appointment as Interim Class Counsel or other designated counsel either individually or as part of a proposed leadership structure. All applications should be limited to 20 pages, not including any supporting evidence, and e-filed in Lead Case No. 4:24-cv-00847 within twenty (20) days after the date the Court enters this Order.

8. Plaintiffs shall file a Consolidated Class Action Complaint no later than thirty (30) days following the entry of an order appointing Interim Class Counsel, which shall be the operative

complaint in the Consolidated Action and shall supersede all previous complaints filed in any of the Related Cases.

9. This Order shall apply to the above-listed Related Cases, any subsequently consolidated action, any actions consolidated with the above-listed Related Cases, and any actions filed in or transferred or removed to this Court relating to the same common nucleus of alleged facts and the data incident underlying this litigation.

10. Any subsequently appointed Interim Class Counsel and/or Liaison Counsel must serve a copy of this Order and all future orders promptly by overnight delivery service, facsimile, or other expeditious electronic means on counsel for plaintiffs in any related case tot he extent that Interim Class Counsel and/or Liaison Counsel are aware of any such action(s) and on all attorneys for plaintiffs whose cases may subsequently be consolidated with the above actions but who have not yet registered for ECF.

**IT IS SO ORDERED**

Dated this 7th day of October, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE